UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUNA GALEA, individually and
on behalf of all others similarly situated,

      Plaintiff,

                                    CASE NO. 1:19-CV-1093

v.

                                    HON. ROBERT J. JONKER

MIDLAND CREDIT MANAGEMENT, INC.,

      Defendant
_____/

## SHOW CAUSE ORDER RE VENUE

This is a newly filed class action complaint under the FDCPA. The only named Plaintiff resides, according to the Complaint, in Wayne County, Michigan. Wayne County is in the Eastern District of Michigan, not the Western District of Michigan. There is no other obvious connection to this District. Accordingly, Plaintiff is ordered to show cause not later than January 27, 2020, why this matter should not be transferred to the Eastern District of Michigan under 28 U.S.C. §§ 1404 or 1406.

Dated:   December 31, 2019          /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE